IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES M. TAYLOR, JR.,

    Plaintiff,

v.                                                                   Civil Action No. **3:18CV638**

**DR. M. BROOKS,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

Plaintiff, a federal inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. By Memorandum Order entered on March 4, 2019, the Court directed Plaintiff to file a particularized complaint and provided him with detailed instructions on what that particularized complaint must contain. On March 11, 2019, the Court received a brief "Memorandum Response" that failed to comply with the instructions of the Court in its March 4, 2019 Memorandum Order. Accordingly, by Memorandum Order entered on March 21, 2019, the Court directed Plaintiff to file a second particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the March 21, 2019 Memorandum Order. Plaintiff failed to submit a second particularized complaint or otherwise respond to March 21, 2019 Memorandum Order. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order will accompany this Memorandum Opinion.

                                                                             /s/
                                            M. Hannah Lauck
                                            United States District Judge

Date: APR 25 2019
Richmond, Virginia